```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SITE SAFETY LLC,                                                 :
                                                                 :
                                     Plaintiff,:                   1:22-cv-3348-GHW
                                                                 :
                 -v -                                            :   ORDER
                                                                 :
NYC SITE SAFETY SERVICES, LLC, et al.,                           :
                                                                 :
                                     Defendants.:
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2022

GREGORY H. WOODS, United States District Judge:

On June 7, 2022, the Court issued an order conditionally discontinuing this action. Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 30 days following the issuance of the order. In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice.

As stated on the record at the conference held on July 13, 2022, plaintiff's request to extend the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal,[1] is GRANTED. Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, is extended to August 12, 2022.

In addition, for the reasons stated on the record at the conference, the Court declines to

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

convert the parties' proposed consent judgment, Dkt. No. 19, into an order of the Court.

SO ORDERED.

Dated: July 13, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge